JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BHAKTA & AHIR, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>Defendants. | Case No. CV 24-867-GW-AJRx<br><br>**ORDER TO DISMISS WITHOUT PREJUDICE** |

Based upon of the Notice of Voluntary Dismissal of Entire Action Without Prejudice [35], filed on November 14, 2024, it is hereby ORDERED that this action is dismissed without prejudice in its entirety.

Defendant City of Los Angeles' Motion to Dismiss Plaintiffs' First Amended Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) [28], set for hearing on November 18, 2024, is vacated and taken off-calendar.

IT IS SO ORDERED.

Dated: November 15, 2024

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE